UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TERRENCE ANDREWS,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT H. PITTMAN, et al.,<br><br>   Defendants. | Case No.  25-cv-06522-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

   Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Sallie Kim for consideration of whether the case is related to C-25-03390 SK, *Andrews v. Pittman*.

   **IT IS SO ORDERED.**

Dated: September 10, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge